**Paul YONGO, Plaintiff–Appellant,**

**v.**

**US ARMY ACTIVE DUTY; Defense Finance and Accounting Service, (DFAS–PO/DE), Defendants–Appellees.**

**Paul Yongo, Plaintiff–Appellant,**

**v.**

**US Army Active Duty; Defense Finance and Accounting Service, (DFAS–PO/DE), Defendants–Appellees.**

Nos. 07–1456, 07–1608.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 14, 2007.

Decided: Jan. 23, 2008.

Paul Yongo, Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Paul Yongo appeals the district court's orders dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2000), and denying his motion for an injunction pending appeal. We have reviewed the record and find that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. *See Yongo v. U.S. Army Active Duty,* No. 5:07–cv–00093–FL (E.D.N.C. May 2, 2007; May 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*